**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED - GR
April 19, 2023 8:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /4-20

Tyrone Jon Williams
1080 Terrace #609
Muskegon MI 49442

Plaintiff(s),

1:23-cv-399

Hala Y. Jarbou
Chief U.S. District Judge

v

Case No.
Honorable

Muskegon County Jail
Procecutor: Rosekoff Clinton

Defendant(s).

Case # 18194523 SD was dismissed on 10/30/18 on aquittle, I was retried on same case using different Case # 1819777 OSD That Judge Dismissed, without my original Att., straight to sentencing. My Constitutional Rights as a US. Citizen to a fair Trial was violated Double Jerperdy!! And Sentenced to 30 days in Jail + fines and costs. Case 1819452350 State of Michigan 60th Judicial District ORI 6100251 PIN: 201813194. No driving privileges in 5 yrs file complaint and summons.

Tyray Wh——  04/19/2023