UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONG JON WILLIAMS,

    Plaintiff,

v.

    Case No. 1:23-cv-399

MUSKEGON COUNTY JAIL, CLINTON ROSEKOPF,

    Hon. Hala Y. Jarbou

    Defendants.
_____/

**ORDER**

On May 12, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court dismiss the case (ECF No. 6). The Magistrate Judge concluded that Plaintiff's complaint was "so attenuated and unsubstantial that it should be dismissed for lack of jurisdiction." (R&R, PageID.26.) On May 17, 2023, Plaintiff Tyrong Jon Williams filed an objection to the R&R (ECF No. 7). Plaintiff writes that he "object[s] to the ruling of 1:23-CV-00399 on the date of 05/12/2023." (Pl.'s Obj. to R&R, PageID.27.)[1] However, Plaintiff does not make any substantive objections to the magistrate judge's recommendation. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Plaintiff has also filed two motions to appoint counsel (ECF Nos. 8 and 13). Because the Court is dismissing the case for lack of jurisdiction, Plaintiff's motions are moot.

---

[1] In his objection, Plaintiff also "requests for an appeal." (Pl.'s Obj. to R&R, PageID.27.) On June 20, 2023, the Sixth Circuit dismissed Plaintiff's appeal for lack of jurisdiction because a magistrate judge's report and recommendation is not directly appealable to the Court of Appeals. (6/20/2023 USCA Order, ECF No. 10; *see also* 6/20/2023 USCA J., ECF No. 11.)

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions to appoint counsel (ECF Nos. 8 and 13) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** for lack of jurisdiction.

A judgment will issue in accordance with this order.

Dated: August 9, 2023         /s/ Hala Y. Jarbou
                              HALA Y. JARBOU
                              CHIEF UNITED STATES DISTRICT JUDGE